United States District Court
For The Middle District OF Alabama
Northern Division

RECEIVED
APR 6 2023
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Peter J. Smith
Plaintiff

V   Civil Action No.

Adrian both as an     2:23-cv-192-RAH-JTA
individual and as an
employee of Circle K Inc.

Complaint

(1) Amount in question exceeds $20 00/100
(2) Peter J. Smith  P.O. Box 1644
Montgomery, Alabama 36102-1644
phone (334) 781-3128 - Stolen
(3) Circle K = 2709081   318 Madison
Avenue Montgomery, Alabama 36107
(334) 517-9976
4), Date = 3-1-2023

(5) Continued on next page

(1)

RECEIVED

5) Creating a "hostile" shopping environment from Defamation and retaliation. Discrimination due to race, age and gender. A pattern and or practice of harassment against food stamp recipients. Federal witness tampering. Emotional distress.

I was yelled at by Circle K employee Adrian from across the store. I was accused of not being able to read. I have 3 college degrees from the Auburn University System. which includes two locations. The main campus in Auburn, Alabama and the Montgomery, Alabama location which I graduated from. This location is called Auburn University at Montgomery (AUM). Defamation.

Peter J. Smith
4-6-2023

Stolen →phone = (334) 781-3128

(2)

RECEIVED

6) Relief! For this case relief is requested for punitive damages and other damages requested or mentioned in (5) are the amount of $350 million. Relief for defamation.

Peter J. Smith
4-6-2023   Pro Se
P.O. Box 1644
Montgomery, AL. 36102-1644
Stolen phone → (334) 781-3128

(3)



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

RECEIVED

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL   PERMIT NO. 127    MONTGOMERY AL

POSTAGE WILL BE PAID BY ADDRESSEE
DEPARTMENT OF HUMAN RESOURCES