IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PETER J. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:23-CV-192-RAH |
| | ) | |
| MR. ADRIAN, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On October 16, 2023, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 12) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 12) is ADOPTED.

2. This case is DISMISSED with prejudice.

DONE, on this the 4th day of January 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE